UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                            Chapter 13
LINDA A. MCALISTER                               Case No.    19-27738-BHL

            Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**Your rights may be affected.**    **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**    **(If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Brett H. Ludwig, United States Bankruptcy Judge, on **November 5, 2019 at 1:00 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 5457889 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

       Dated at Milwaukee, Wisconsin, on September 25, 2019.


                                                 /s/_____
                                                 Scott Lieske, Trustee
                                                 Robert W. Stack, Staff Attorney
                                                 Christopher D. Schimke, Staff Attorney
                                                 Sandra M. Baner, Staff Attorney
                                                 Chapter 13 Standing Trustee
                                                 P.O. Box 510920
                                                 Milwaukee, Wisconsin 53203
                                                 T: (414) 271-3943
                                                 F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
LINDA A. MCALISTER                      Chapter 13
                                        Case No. 19-27738-BHL
           Debtor.

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

---

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(6) and § 1325(b). Schedule I indicates that the Debtor is not employed, despite listing "wages" of $1,017 per month.

The Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(6) as the income documentation provided by the Debtor is deficient and does not fully support the claimed income disclosed on Schedule I. The Debtor should be required to provide documentation sufficient to verify the Social Security, foodshare, Supplemental Security, and long-term disability benefits as listed.

The plan incorrectly provides for the secured claim for property taxes in section 3.1 rather than section 3.2. The plan also fails to provide the statutorily required interest on this claim. The plan should be amended to provide for 12% interest on the secured claim held for property taxes as required by 11 U.S.C. § 511(b). Given the amount of the claim as filed, the plan is already infeasible as proposed.

The plan proposes adequate protection payments on a non-purchase money security interest held by Wisconsin Title Loan, which are not authorized by 11 U.S.C. § 1326(a).

       Dated at Milwaukee, Wisconsin, on September 25, 2019

                                     OFFICE OF CHAPTER 13 TRUSTEE

                                     /s/_____
                                     Scott Lieske, Chapter 13 Trustee
                                     Robert W. Stack, Staff Attorney
                                     Christopher D. Schimke, Staff Attorney
                                     Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                            Chapter 13
LINDA A. MCALISTER                         Case No. 19-27738-BHL

                   Debtor.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2019, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                 OFFICE OF THE U.S. TRUSTEE
                 KINGSTAD LAW FIRM, LLC

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                 LINDA A. MCALISTER
                 2671 N. GRANT BLVD.
                 MILWAUKEE, WI 53210

      Dated:    September 25, 2019

                                                     /s/_____
                                                     Tongula Washington
                                                     Administrative Assistant
                                                    Office of the Chapter 13 Trustee
                                                    P.O. Box 510920
                                                    Milwaukee, WI 53203
                                                    T: (414) 271-3943
                                                    F: (414) 271-9344