UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re  
LINDA A. MCALISTER

Chapter 13  
Case No. 19-27738-BHL

Debtor.

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Objection to Confirmation may be sustained on the following terms:

On or before December 6, 2019, the Debtor shall:

1. File an Amended Schedule I to accurately disclose the Debtor's employment status and monthly source of income.

2. Provide documentation sufficient to verify the Social Security, food share, Supplemental Security, and long-term disability benefits listed on Schedule I.

3. File a feasible Amended Plan to remove the secured claim for property taxes in section 3.1 and move it to section 3.2, to provide for 12% interest on the secured claim held for property taxes as required by 11 U.S.C. § 511(b), and remove the adequate

Prepared by:  
Sandra M. Baner, Staff Attorney  
Office of the Chapter 13 Trustee  
P O Box 510920  
Milwaukee, WI 53203  
T: (414) 271-3943  
info@chapter13milwaukee.com

protection payments on a non-purchase money security interest held by Wisconsin Title Loan, which are not authorized by 11 U.S.C. § 1326(a).

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####

2

Case 19-27738-bhl    Doc 37    Filed 11/12/19    Page 2 of 2