THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



Brett H. Ludwig
United States Bankruptcy Judge

DATED: April 9, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re | Chapter 13 |
|---|---|
| LINDA A. MCALISTER, | Case No. 19-27738-BHL |
| Debtor. | |

**ORDER DISALLOWING CLAIM NO. 9 FILED BY NORTHSTAR APPLETON**

On February 24, 2020 the Chapter 13 Standing Trustee filed an objection to Claim No. 9 filed by NORTHSTAR APPLETON. The Trustee gave due notice to the Claimant to file a response and request for hearing on or before March 25, 2020 if the Claimant did not want the claim reduced, modified, or eliminated. No response was filed by the Claimant. The evidence referenced in the Trustee's objection establishes that the objection should be sustained.

IT IS THEREFORE ORDERED: Claim No. 9 filed by NORTHSTAR APPLETON, is disallowed in its entirety as a late filed claim.

#####

Prepared by:
Office of the Chapter 13 Trustee/sk
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344