In Re:  
LINDA A. MCALISTER

Chapter 13 Bankruptcy

Case No. 19-27738-BHL

## NOTICE AND MOTION TO DISMISS - UNCONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Scott Lieske, pursuant to 11 U.S.C. § 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Failure to make payments as required by 11 U.S.C. § 1326.*

Unless an objection (or fee application for a greater amount) is filed on or before the deadline for objecting to this Motion to Dismiss, the Trustee will pay up to $1,000 of funds on hand (less the pre-petition fees paid directly to the attorney as disclosed on Form B2030) to the Debtor's attorney as an administrative claim before refunding any funds to the Debtor.

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.**

Dated May 19, 2020 at Milwaukee Wisconsin.

/s/ *Sandra M Baner*   Sandra M. Baner
2020-05-19 09:46:21

Scott Lieske, Chapter 13 Standing Trustee  
Robert W. Stack, Staff Attorney  
Christopher D. Schimke, Staff Attorney  
Sandra M. Baner, Staff Attorney  
P.O. Box 510920  
Milwaukee, WI 53203  
(414) 271-3943